UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GAUDENCIO GARCIA ORTIZ,

                Plaintiff,       JUDGMENT
                                      15-CV-4229 (RRM) (LB)
    - against –

CESARE CONSTRUCTION CORP.;
and CESARE RIVERA,

                Defendants.
------------------------------------------------------------ X

       An Order of Honorable Roslyn R. Mauskopf, United States District Judge, having been filed on October 30, 2017, adopting in its entirety the Report and Recommendation of Magistrate Judge Lois Bloom, dated September 14, 2016; ordering that default judgment be entered in favor of Ortiz against Cesare Construction Corporation and Cesare Rivera in the total amount of $46,845.41, comprised of: (i) $20,643.03 in unpaid overtime wages under the NYLL and FLSA; (ii) $ 14,999.38 in liquidated damages; (iii) $5,000 in NYLL notice violations; (iv) $5,503 in attorney's fees; (v) $700 in costs; and (vi) 9% prejudgment interest per annum from March 9, 2016 through the entry of judgment on the $20,277.22 awarded under the New York Labor Law; and the Clerk of Court having calculated prejudgment interest at 9% per annum from March 9, 2016 and the prejudgment interest being $3,004.90; it is

       ORDERED and ADJUDGED that default judgment is hereby entered in favor of Ortiz and against Cesare Construction Corporation and Cesare Rivera in the total amount of $49,850.31.

Dated: Brooklyn, NY                                      Douglas C. Palmer
October 31, 2017                                          Clerk of Court

                                                              By:   */s/Jalitza Poveda*
                                                                        Deputy Clerk