UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAUDENCIO GARCIA ORTIZ, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff,*<br><br>-against-<br><br>CESARE CONSTRUCTION CORP. (d/b/a CESARE CONSTRUCTION) and CESARE RIVERA,<br><br>*Defendants.* | **Index No. 15 CV 4229 (RRM)**<br><br>**SATISFACTION OF JUDGMENT** |

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

*Whereas*, on October 31, 2017, this Court entered judgment in favor GAUDENCIO GARCIA ORTIZ, as Plaintiff, and against CESARE CONSTRUCTION CORP. (d/b/a CESARE CONSTRUCTION) and CESARE RIVERA, jointly and severally, as Defendants, for the sum of $49,850.31, and said judgment has been fully paid and the sum of $0.00 remains unpaid,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within the State of New York,

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: New York, New York
September 7, 2018

                                                                                                                        MICHAEL FAILLACE & ASSOCIATES, P.C.

                                  By: _____/s/_____
                                                Michael Faillace, Esq.
                                                60 East 42nd Street, Suite 4510
                                                New York, New York 10165
                                                Telephone: (212) 317-1200
                                                *Attorneys for Plaintiff/*
                                                *Judgment Creditors*